**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-01465-LTB-CBS

EIGHTH DISTRICT ELECTRICAL PENSION FUND, et al,

      Plaintiffs,

v.

ELECTRICAL FORCES LLC,

      Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK


      The Joint Motion to Hold Case in Abeyance Pending Settlement Negotiations (Doc 3 - filed August 27, 2007) is **GRANTED**.  The case is held in abeyance of 90 days, including filing of an answer, preparation of a proposed scheduling order, and related pretrial tasks.

      The parties shall submit status reports every 30 days informing the Court whether the case has been settled, whether litigation of the case will proceed, and other appropriate information, until further order of the Court.


Dated:  August 28, 2007
_____