**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01465-LTB-CBS

EIGHTH DISTRICT ELECTRICAL PENSION FUND, et al.,

Plaintiffs,

v.

ELECTRICAL FORCES LLC,

Defendant.
_____

**ORDER TO APPROVE MOTION FOR ATTORNEY FEES**
_____

This matter comes before the Court on Plaintiffs' Motion for Attorney Fees ("Motion"). Defendant has not responded to the Motion. Having reviewed the Motion, and finding that good cause has been shown, the Court **ORDERS** that Plaintiff's Motion for Attorney Fees dated December 29, 2008, be, and it hereby is, **GRANTED**.

Dated this 30th day of December 2008.

BY THE COURT:

　　s/Lewis T. Babcock
　　Lewis T. Babcock, Judge