**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01465-LTB-CBS

THE EIGHTH DISTRICT ELECTRICAL PENSION FUND,
THE EIGHTH DISTRICT ELECTRICAL PENSION FUND ANNUITY PLAN,
TRUSTEES OF EIGHTH DISTRICT ELECTRICAL PENSION FUND & ANNUITY PLAN,
THE EIGHTH DISTRICT ELECTRICAL BENEFIT TRUST FUND,
TRUSTEES OF EIGHTH DISTRICT ELECTRICAL BENEFIT TRUST FUND,
DENVER JOINT ELECTRICAL APPRENTICESHIP AND TRAINING COMMITTEE, and
TRUSTEES OF DENVER JOINT ELECTRICAL APPRENTICESHIP AND TRAINING COMMITTEE,

    Plaintiff/Judgment Creditors,

v.

ELECTRICAL FORCES LLC,

    Defendant/Judgment Debtor, and

THOMAS JAMES GACCETTA, owner of Electrical Forces,

    Interested Party.

___

**ORDER**
___

Upon Plaintiffs' Motion to Vacate Arrest Warrant (Doc 51 - filed April 20, 2011) wherein Plaintiffs indicated that Thomas James Gaccetta has complied with and resolved all issues leading to the issuance of the arrest warrant, it is

ORDERED that the Arrest Warrant issued April 13, 2011 (Doc 49) is VACATED.

    BY THE COURT:

    s/Lewis T. Babcock
    Lewis T. Babcock, Judge

DATED:   April 21, 2011